166 A.3d 1176

## IN THE MATTER OF STEPHEN R. MURPHY, AN ATTORNEY AT LAW (ATTORNEY NO. 043201997)

September 8, 2017

### ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **STEPHEN R. MURPHY** of **MT. LAUREL,** who was admitted to the bar of this State in 1999, and good cause appearing;

It is ORDERED that **STEPHEN R. MURPHY** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **STEPHEN R. MURPHY** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **STEPHEN R. MURPHY** pursuant to *Rule* 1:21–6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **STEPHEN R. MURPHY** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.